UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60889-CIV-ZLOCH

INEZ K. MCKENNA,

    Plaintiff,

vs.                                              **O R D E R**

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant National Action Financial Services, Inc.'s Motion To Dismiss (DE 13). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The instant Motion alleges that dismissal of the above-styled cause is required because Plaintiff failed to accept Defendant's Rule 68 Offer Of Judgment. The Court notes that Federal Rule Of Civil Procedure 5 requires service of an offer of judgment. Fed. R. Civ. P. 5(a)(1)(E). Furthermore, Rule 5(b)(1) requires service upon a party's attorney if said party is represented by counsel, and service may be made by electronic means or other alternate means only if written consent is given. Fed. R. Civ. P. 5(b)(1), (2)(E) & (F). Defendant served its Offer Of Judgment by facsimile to Plaintiff's Counsel Donald Yarbrough, Esquire. DE 13, Ex. B. Plaintiff' Counsel contests that he never consented to service by facsimile. Therefore, Defendant has failed to properly effect

service of its Offer Of Judgment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant National Action Financial Services, Inc.'s Motion To Dismiss (DE 13) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this    11th    day of April, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record