UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S THIRD OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Inez K. McKenna, gives notice of her acceptance of Defendant's Third Offer of Judgment served upon Plaintiff under Certificate of Service dated June 27, 2008 and filed with the Court as (DE 31).

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF