UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60889-CIV-ZLOCH

INEZ K. MCKENNA,

    Plaintiff,

vs.                                                                    <u>O R D E R</u>

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Inez K. McKenna's Motion For Entry Of Judgment (DE 33). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    On June 27, 2008, Defendant National Action Financial Services, Inc. served upon Plaintiff its Third Offer Of Judgment (DE 31, Ex. A), which Plaintiff accepted on the following day. Thus, Plaintiff timely accepted the Offer within the ten-day period provided by Federal Rule 68.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Plaintiff Inez K. McKenna's Motion For Entry Of Judgment (DE 33) be and the same is hereby **GRANTED**;

    2. The Clerk of Court is hereby **DIRECTED** to enter judgment in accord with Defendant National Action Financial Services, Inc.'s Third Offer Of Judgment (DE 31, Ex. A) and close the above-styled cause; and

3. The Court shall retain jurisdiction over the above-styled cause for 30 days from the entry of this Order solely for the purpose of entertaining a Motion For Attorney's Fees filed in accordance with Local Rule 7.3.A, in the instance that the Parties cannot agree on a reasonable amount for Plaintiff's attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record