UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.

    Defendant

_____/

## PLAINTIFF'S ASSIGNMENT TO PLAINTIFF'S COUNSEL

I, INEZ K. MCKENNA, hereby assign all of my right, title and interest to any amounts recovered from Defendant for attorney's fees and costs due from the Defendant in the above-captioned case to my attorney, Donald A. Yarbrough. I specifically assign any present or future Judgment for attorney fees and costs to my attorney. I request Defendant pay Mr. Yarbrough directly for all amounts due me in this litigation for attorney fees and costs.

                                                   _____
                                                   INEZ K. MCKENNA

STATE OF FLORIDA
COUNTY OF BROWARD

On the __4__ day of __September__, 2008, before me, the undersigned, personally appeared **Inez K. McKenna**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

My Commission Expires:

Notary Public/State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Sandra W. Fillichio
Commission # DD763420
Expires: MAY 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

        Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>September 20, 2008,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      <u>s/Donald A. Yarbrough</u>
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-5500
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>