UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 45) entered August 27, 2008 against, National Action Financial Services, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.


    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60889-Civ-Zloch/Snow

INEZ K. MCKENNA,

       Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

       Defendant.
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on September 30, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Donald A. Yarbrough
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF